UNITED STATES DISTRICT COURT    P SEND
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.: CV 02-6167-MMM(PJWx)               Date: November 4, 2002

Title: *Glow Industries, Inc. vs. Jennifer Lopez, et al*

---

**DOCKET ENTRY**

---

**PRESENT:**

**HONORABLE MARGARET M. MORROW, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Anel Huerta** | **N/A** |
| **Deputy Clerk** | **Court Reporter** |

**Attorneys Present for Plaintiff(s):**          **Attorneys Present for Defendant(s):**
None                                             None

**PROCEEDINGS:**   In Chambers - Court Order

      The court, on its own motion, hereby continues the hearing on plaintiff's motion for preliminary injunction, currently scheduled for November 4, 2002 at 10:00 a.m., to **November 7, 2002 at 10:00 a.m.**, before Judge Margaret M. Morrow in Courtroom 790, Roybal Federal Building, 255 East Temple Street, Los Angeles.

cc:   Counsel of record (or parties)

