UNITED STATES DISTRICT COURT     SEND
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No.: CV 02-6167-MMM (PJWx)            Date: November 13, 2002

Title: Glow Industries Inc v. Jennifer Lopez Coty, et al

---

**DOCKET ENTRY**

---

**PRESENT:**

HONORABLE MARGARET M. MORROW, UNITED STATES DISTRICT JUDGE

| Yolanda S. Rodriguez | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorneys Present for Plaintiff(s):**     **Attorneys Present for Defendant(s):**
None                                           None

**PROCEEDINGS:**     In Chambers — Court Order

     Counsel are hereby notified that a Scheduling Conference has been set for **January 13, 2003 at 9:00 a.m.** before Judge Margaret M. Morrow in Courtroom 790, Roybal Federal Building, 255 East Temple Street, Los Angeles.

     Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) Report on or before **January 3, 2003.** The parties' report shall, in addition to addressing the matters specified in Rule 26(f), set forth their views regarding (1) an appropriate last date for the completion of discovery and the hearing of motions, a date for a final pretrial conference and a trial date; (2) whether discovery should be conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of the time required for trial; (4) efforts made to settle or resolve the case to date, and the parties' views as to an appropriate plan for maximizing settlement prospects; (5) whether the case is complex or requires reference to the procedures set forth in the Manual on Complex Litigation; (6) the likelihood of the appearance of additional parties; (7) what motions the parties are likely to make that may be dispositive or partially dispositive; (8) any unusual legal issues presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof. **The Court requests that a conformed courtesy copy of the report be delivered to <u>chambers</u> in the Roybal Building on the day it is filed.**

     Plaintiff's counsel is directed to give notice of the scheduling conference to all parties that have appeared in this action, and is directed to give notice of the scheduling conference <u>immediately</u> to each party that makes an initial appearance in the action after this date.

Initials of Deputy Clerk   YSR

NOV 14 2002

cc:     Counsel of record (or parties)